UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 1 5 2003.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| BRETT C. KIMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 90-1549-EGS |
| | ) | |
| J. MICHAEL QUINLAN, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER OF DISMISSAL

Plaintiff Brett C. Kimberlin and Defendants, J. Michael Quinlan and Loye W.

Miller, Jr., by and through their undersigned counsel, hereby stipulate the

dismissal of this case, with prejudice, pursuant to the terms of a side agreement.

Subject to the Court's approval, the parties further stipulate that should the terms

of paragraph 1 of that agreement remain unfulfilled by September 12, 2003, they

may reopen this case in this Court under the above civil action number.

Respectfully submitted,

Howard T. Rosenblatt, DC Bar #415695
Kenneth N. Hickox, Jr., DC Bar #456970
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 783-0800

Counsel for Plaintiff



Michael L. Martinez, DC Bar #347310
Daniel A. Sasse, DC Bar #468521
Shari Ross Lahlou, DC Bar #476630
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116

Counsel for Defendants J. Michael
Quinlan and Loye W. Miller, Jr.

SO ORDERED:

7/15/03

Dated

UNITED STATES DISTRICT JUDGE

- 2 -