UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRETT C. KIMBERLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 90-1549-EGS |
| ) | |
| J. MICHAEL QUINLAN, et al., ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT

Counsel for Defendants, J. Michael Quinlan and Loye W. Miller, Jr., hereby responds to the Court's Order of September 24, 2004, requesting a Status Report.

This case is completed and no further action is required. The Court signed a Stipulated Order of Dismissal on July 15, 2003. That Stipulation contained a provision permitting the reopening of the case should a certain provision contained in a side agreement not be met on or before September 12, 2003. That provision was met, however, and, on August 12, 2003, the undersigned advised the Court that "this case is fully concluded." *See* attached Exhibit 1. It was with some surprise, therefore, that the undersigned received a request for a report detailing "any

remaining issues." No issues remain and this case can and should be deemed concluded and closed.[1]

WHEREFORE, we ask that the Court deem this case concluded and closed.[2]

Respectfully submitted,

*[signature: Michael L. Martinez]*

Michael L. Martinez, DC Bar #347310
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2945
Facsimile: (202) 628-5116

Counsel for Defendants J. Michael Quinlan and Loye W. Miller, Jr.

October 25, 2004

---

[1] Perhaps the Court was confused because the Docket Sheet for this case erroneously reports that the parties had reported "the terms of paragraph 1 of side agreement have *not* been met." (emphasis added). Clearly that statement is belied by the attached Exhibit 1.

[2] The Court's September 24, 2004 Order asks the parties to file a Joint Status Report. Lead counsel for Plaintiff – Howard T. Rosenblatt – however, has left the Washington, D.C. area and now apparently works out of the Howrey & Simon office in Brussels, Belgium. Because there is no dispute as to the status of this case and because it is difficult to reach and coordinate with Mr. Rosenblatt, we ask the Court accept this Status Report in lieu of the requested Joint Status Report.

EXHIBIT #1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRETT C. KIMBERLIN,                )<br>                                                  )<br>                    Plaintiff,         )<br>                                                  )<br>    v.                                           )       Civil Action No. 90-1549-EGS<br>                                                  )<br>J. MICHAEL QUINLAN, et al.,   )<br>                                                  )<br>                    Defendants.     )<br>_____) | |

## NOTICE TO THE COURT

On July 15, 2003, the Court signed a Stipulated Order of Dismissal in this matter that contained a provision permitting the reopening of this case if the terms of paragraph 1 of a side agreement were not met by September 12, 2003. Counsel for the Defendants hereby advises the Court that the terms of paragraph 1 of that side agreement have now been met and this case is fully concluded.

Respectfully submitted,

/s/
_____
Michael L. Martinez, DC Bar #347310
Daniel A. Sasse, DC Bar #468521
Shari Ross Lahlou, DC Bar #476630
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile:   (202) 628-5116

Counsel for Defendants J. Michael
Quinlan and Loye W. Miller, Jr.

August 12, 2003

## CERTIFICATE OF SERVICE

I hereby certify that this 12TH day of August, 2003, I sent one copy of the foregoing Notice to the Court to the following counsel:

Howard T. Rosenblatt, Esquire
Kenneth N. Hickox, Jr., Esquire
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

R. Joseph Sher, Esquire
Senior Trial Counsel
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 7146 Ben Franklin Station
Washington, D.C. 20044-7146

/s/
Michael L. Martinez

2065249

**CERTIFICATE OF SERVICE**

I hereby certify that this 25th day of October, 2004, I sent one copy of the foregoing Joint Motion via First Class United States Mail (and via e-mail) to the following counsel:

Howard T. Rosenblatt, Esquire
Kenneth N. Hickox, Jr., Esquire
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

R. Joseph Sher, Esquire
Senior Trial Counsel
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 7146 Ben Franklin Station
Washington, D.C. 20044-7146

_____
Michael L. Martinez